IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, DAVID WARREN,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID WARREN,<br><br>     Plaintiff,<br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: CV  19-6228 PLA<br><br>ORDER  AWARDING EAJA FEES<br><br><br>PAUL L. ABRAMS<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND DOLLARS ($5,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  __June 10, 2020_____

*Paul L. Abrams*

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE